**96–2388.  State ex rel. Ross v. Indus. Comm.**
Franklin App. No. 96APD01–71.  This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant/cross-appellee's motion to expedite the decision in this cause,

IT IS ORDERED by the court that the motion to expedite be, and hereby is, granted.

COOK and LUNDBERG STRATTON, JJ., dissent.